CAUSE NO. DC-21-09455

| | | |
|---|---|---|
| JUANITA MYERS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 95th JUDICIAL DISTRICT |
| | § | |
| WALMART INC. | § | DALLAS COUNTY, TEXAS |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Docket Sheet for Case No. DC-21-09455, printed on August 25, 2021;

2. Letter to Court regarding Plaintiff's Original Petition & Citation, dated July 21, 2021;

3. Plaintiff's Original Petition, filed on July 21, 2021;

4. Citation issued to Walmart Inc., dated July 29, 2021;

5. Officer's Return of Service, dated August 3, 2021;

6. Defendant's Original Answer, filed on August 23, 2021;

7. Defendant's Jury Demand, dated August 23, 2021;

8. Uniform Scheduling Order, dated August 24, 2021; and

9. Jury Trial Notice, dated August 24, 2021.

Respectfully submitted,

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
(214) 672-2186
(214) 672-2386 (Fax)

**WHITNEY E. MORGAN**
Texas Bar No. 24097018
wmorgan@cowlesthompson.com
(214) 672-2135
(214) 672-2020 (Fax)

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of September, 2021, a true and correct copy of the foregoing document was forwarded via the Court's CM/ECF e-filing/service system to the counsel of record for Plaintiff.

*/s/ David A. Johnson*
**DAVID A. JOHNSON**